IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA, *
*
v. * CR 117-049
*
VALERIE C. REDMOND, *
*
Defendant. *

O R D E R

Before the Court is the Government's motion to dismiss with prejudice. (Doc. No. 22.) Nothing in the record demonstrates bad faith or disservice to the public interest. Accordingly, **IT IS ORDERED** that, pursuant to Rule 48(a), the Government's motion to dismiss with prejudice (doc. no. 22) is **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this 22 day of November, 2017.

UNITED STATES DISTRICT JUDGE